Form 4
(12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**IN RE:** Johnson Broadcasting, Inc.  
        Debtor

**Case No:** _____

**Chapter:** _____11_____

## LIST OF CREDITORS HOLDING LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set fort in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian". Do not disclose the child's name. See, 11 U.S.C. and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code. | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted. | (3) Nature of claims (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to offset. | (5) Amount of claim [if secured also of security] |
|---|---|---|---|---|
| USFR | | | | 1,082,618. |
| Merrill Lynch Business Financial Services, Inc. 222 N Lasalle Street Chicago, IL 60601 | | Bank Loan | | 711,604 |
| Warner Brothers | | Trade debt | | 235,630 |
| Edwards Koshiw Melton & Co 2155 Butterfield Rd Ste 305a Tory, MI 48084 | | Trade debt | | 185,223 |
| ASCAP 21169 Network Place Chicago , IL 60673-1211 | | Trade debt | | 153,993 |
| CBS Paramount PO Box 70642 Chicago, IL 60673-0642 | | Trade debt | | 133,333 |
| AT&T PO Box 930170 Dallas, TX 75393-0170 | | Trade debt | | 109,300 |
| KHOU-TV 1945 Allen Parkway Houston TX 77019 | | Trade debt | | 99.750 |
| Amgro, Inc. 472 Lincoln Street Worcester, MA 01615-0089 | | Premium Finance | | 83,318 |
| Andrews Kurth LLP 600 Travis, Ste 4200 Houston, TX 77002 | | Trade debt | | 47,095 |

Form 4
(12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**IN RE:** Johnson Broadcasting, Inc.
Debtor

**Case No:** _____

**Chapter:** _____11_____

## LIST OF CREDITORS HOLDING LARGEST UNSECURED CLAIMS
*(Continuation Sheet 1)*

| (1) Name of creditor and complete mailing address, including zip code. | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted. | (3) Nature of claims (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to offset. | (5) Amount of claim [if secured also of security] |
|---|---|---|---|---|
| Synergy Broadcast Group<br>PO Box 230<br>Wharton, TX 77488 | | | | 34,997 |
| Smithwck & Belendiuk, P.C<br>5028 Wisconsin Avenue NW<br>Suite 301<br>Washington DC 20016 | | Trade debt | | 23,876 |
| Premium Finance Corporation<br>9490 Almena Drive<br>Kalamazoo, MI 49009 | | Premium Finance | | 21,363 |
| Bank of Amer Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | Credit Card | | 20,555 |
| Broadcast Music, Inc.<br>PO Box 406785<br>Atlanta, GA 30384-6785 | | Trade debt | | 19,548 |
| Direct Energy<br>75 Remittance Drive Ste 6467<br>Chicago, IL 60675-6467 | | Trade debt | | 17,402 |
| City of Houston – Mech Sec<br>PO Box 61167<br>Houston, Tx 77208 | | Trade debt | | 15,766 |
| Munn Reese, Inc.<br>100 Airport Drive<br>Coldwater, MI 49036 | | Trade debt | | 13,709 |
| Reliant Energy HL&P<br>PO Box 650475<br>Dallas, Tx 75265-0475 | | Trade debt | | 12,136 |
| Thales Broadcast & Media<br>104 Feeding Hills Road<br>Southwick MA 01077 | | Trade debt | | 11,864 |