

ENTERED
10/27/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------x
In re:                        :   Chapter 11
                              :
JOHNSON BROADCASTING, INC., et:   Case No. 08-36583
al.,                          :
                              :
              Debtors.        :   Jointly Administered
                              x
------------------------------
```

### ORDER (I) APPROVING THE STALKING HORSE APA, (II) APPROVING BIDDING PROCEDURES FOR AN AUCTION OF DEBTORS' ASSETS, (III) SCHEDULING A DATE FOR THE AUCTION, (IV) APPROVING THE PROPOSED SALE NOTICE, AND (V) SETTING CERTAIN DATES RELATED TO THE SALE OF THE STATION ASSETS

[Corresponding Motion at Docket No. 349]

Upon the Debtors' Motion for an Order (I) Approving the Stalking Horse APA, (II) Approving Bidding Procedures for an Auction of Debtors' Assets, (III) Scheduling the Date for the Auction, (IV) Approving the Proposed Sale Notice, and (V) Setting Certain Dates Related to the Sale of the Station Assets (the "Motion"), and the Court finding that:

1. the Court has jurisdiction over this matter and over the property of the Debtors and their respective bankruptcy estates pursuant to 28 U.S.C. §§ 157(a) and 1374; and

2. this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and

3. venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and

4. the relief requested in the Motion and granted herein is in the best interest of the Debtors, their estates, their stakeholders, and other parties-in-interest, and

5. proper notice was given, it is therefore

ORDERED that the Motion is Granted; and it is further

HOU:2964065.2

ORDERED that the form of the Stalking Horse APA, attached hereto as Exhibit "A" is approved; and it is further;

ORDERED that the Bidding Procedures, substantially in the form attached here as Exhibit "B", are approved; and it is further;

ORDERED that the LPF and the Debtors shall conduct an auction, if to be conducted, on a date to be set forth in a subsequent order of this Court.

Signed this 27th day of October, 2009.

UNITED STATES BANKRUPTCY JUDGE