

ENTERED
10/28/2009

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                              : Chapter 11
                                    :
JOHNSON BROADCASTING, INC., et      : Case No. 08-36583
al.,                                :
                                    :
                                    : Jointly Administered
            Debtors.              x
- - - - - - - - - - - - - - - - - - - - - - - - -
```

## SCHEDULING ORDER FOR CONFIRMATION OF PLAN OF REORGANIZATION AND/OR SALE OF DEBTORS' ASSETS
[Corresponding Motion at Docket No. 349]

Upon the Debtors' Motion for an Order (I) Approving the Stalking Horse APA, (II) Approving Bidding Procedures for an Auction of Debtors' Assets, (III) Scheduling the Date for the Auction, (IV) Approving the Proposed Sale Notice, and (V) Setting Certain Dates Related to the Sale of the Station Assets (the "Motion"), and the Court finding that:

1.  the Court has jurisdiction over this matter and over the property of the Debtors and their respective bankruptcy estates pursuant to 28 U.S.C. §§ 157(a) and 1374; and

2.  this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and

3.  venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and

4.  the relief requested in the Motion and granted herein is in the best interest of the Debtors, their estates, their stakeholders, and other parties-in-interest, and

5.  proper notice was given, it is therefore

ORDERED that the following schedule shall apply to these cases:

a.  A hearing to approve the Debtors' Disclosure Statement[1] (the "Disclosure Statement Hearing") shall be held on *November 23, 2009* at *2:00* ~~a.~~p.m. in Courtroom 600, 6th floor, Bob Casey Courthouse, 515 Rusk, Houston, Texas, before the Honorable Jeff Bohm. The Court may modify the dates set forth in this Order at the Disclosure Statement Hearing in the event the Disclosure Statement is not approved;

b.  Objections to the approval of the Disclosure Statement must be filed and served on the Debtors and other parties on the service list no later than seven (7) business days prior to the Disclosure Statement Hearing;

c.  A Mini-Feasibility Hearing at which the Debtors shall be required to prove up the "Finance/Reorganization Alternative" as set forth in paragraph 8 of the Agreed Order Appointing Limited Purpose Fiduciary [Docket No. 152] will be held on *December 1, 2009* at *1:30* ~~a.~~p.m. in Courtroom 600, 6th floor, Bob Casey Courthouse, 515 Rusk, Houston, Texas, before the Honorable Jeff Bohm;

d.  If the Debtors fail to satisfy their burden at the Mini-Feasibility Hearing, the hearing on the Sale Motion (as defined herein) (the "Sale Hearing") will occur on *December 11, 2009* at *9:30* a.m. ~~p.m.~~ in Courtroom 600, 6th floor, Bob Casey Courthouse, 515 Rusk, Houston, Texas, before the Honorable Jeff Bohm. ~~If the Sale Motion is approved at the Sale Hearing, the Debtors will request a continue confirmation hearing form the Court and shall provide at least thirty (30) days notice of such hearing;~~

e.  Objections to the Motion for an Order Pursuant Sections 363 and 365 of the Bankruptcy Code (I) Granting Authority to Sell the Station Assets to the Successful Bidder; and

---

[1] Unless noted otherwise, capitalized terms shall have the same meaning as provided in the Motion.

2

HOU:2966077.2

(II) Approving the Assumption and Assignment of Certain Executory Contracts and Leases (the "Sale Motion", [Docket No. 357]) must be filed and served on the Debtors and other parties on the service list no later than three (3) business days prior to the Sales Hearing (as defined herein)

 f. The Bid Deadline shall be December 1, 2009;

 g. The Debtors and the LPF shall determine whether the bids are Qualified Bids on or before December 3, 2009;

 h. The Auction shall be held on December 7, 2009 commencing at ~~10:00~~ 9:00 a.m. The Auction shall occur at the offices of Andrews Kurth, 600 Travis, Suite 4200, Houston, Texas 77002, or such other location as designated by the LPF and the Debtors in a notice to all Qualifying Bidders. The auction shall not be held if the Debtors satisfy their burden and show the required financing is available at the Mini Feasibility Hearing;

 i. The LPF and the Debtors shall select the Successful Bidder no later than December 9, 2009;

 j. The Successful Bidder, if such bidder is not the Stalking Horse Bidder, shall execute an asset purchase agreement and related documents within two (2) days following the close of the Auction but in no event later than the Sale Hearing (as defined herein);

 k. The Debtors and/or Una Vez Mas shall file their Assumption and Assignment Schedule on or before December 4, 2009; and

 l. Objections to either (i) the assignment of an Assumed Contract and Lease or an Assigned Contract and Lease or (ii) a Cure Cost shall be filed with the Bankruptcy Court by a contract-counter party no later than two (2) business days after the Assumption and Assignment Schedule is filed.

Signed this 27th day of October, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE