IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| JOHNSON BROADCASTING, INC. and | § | Case No. 08-36583 |
| JOHNSON BROADCASTING OF DALLAS, INC. | § | |
| | § | Case No. 08-36585 |
| | § | |
| Debtors. | § | Jointly Administered Under |
| | § | Case No. 08-36583 |

**MOTION OF MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC. TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY AT THE APRIL 23 AND MAY 13, 2010 HEARINGS**

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC. hereby files this *Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services, Inc. to Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings* ("Motion") seeking entry of an order permitting counsel for MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC. to appear telephonically at the hearing set before this Court at 3:00 p.m. on April 23 and the hearing set before this Court at 9:30 a.m. on May 13, 2010. In support of the Motion, MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC. respectfully represents the following:

### JURISDICTION

1.  This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

2.  MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC. requests to be appear telephonically for all matters addressed before this Court during the April 23 and May 13, 2010 hearings.

3.  MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC. intends to appear at the hearing. Ms. Luttrell, counsel for

Case No.08-36583
Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services Inc. to
Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings         Page 1 of  6

MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC., maintains her law office in San Antonio, Texas.  In order to keep its fees and expenses to a minimum, MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC.  respectfully requests that Leslie M. Luttrell of Davidson & Troilo, P.C. be permitted to appear telephonically at the hearings scheduled for 3:00 p.m., Thursday, April 23 and 9:30 a.m., Thursday, May 13, 2010.

WHEREFORE, MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC.  respectfully requests that the Court (1) grant the Motion in its entirety; (2) permit Leslie M. Luttrell of Davidson & Troilo, P.C. to appear telephonically at the hearings; and (3) grant MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC.  such other and further relief to which they may be justly entitled.

Dated this 20th day of April, 2010.

Respectfully submitted,

Leslie M. Luttrell
Davidson & Troilo, P.C.
Northwest Center
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
Tel:  210.349.6484
Fax. 210.349.0041

By:/s/ *Leslie M. Luttrell*
    Leslie M. Luttrell
    State Bar No. 12708650

ATTORNEYS FOR MERRILL LYNCH COMMERCIAL FINANCE CORP., assignee of MERRILL LYNCH BUSINESS FINANCE SERVICES INC.

Case No.08-36583
Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services Inc. to
Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings   Page 2 of  6

## **CERTIFICATE OF SERVICE**

I, Leslie M. Luttrell, do hereby certify that on the 20th day of April, 2010, I caused the foregoing document to be served electronically where available and by U.S. Mail, postage prepaid, and to the following :

**_Debtor_**

Johnson Broadcasting, Inc.
8440 Westpark
Houston, Texas 77063

**_Attorney for Debtor_**

John James Sparacino
Timothy Alvin Davidson, II
Andrews and Kurth
600 Travis, Suite 4200
Houston, Texas 77002

**_U.S. Trustee_**

Office of the US Trustee
515 Rusk Avenue
Suite 3516
Houston, Texas 77002

Stephen Douglas Statham
Office of the US Trustee
515 Rusk Avenue
Suite 3516
Houston, Texas 77002

**_Governmental Agencies:_**

Internal Revenue Service
Special Procedures Staff
Insolvency Section, STOP 5022 HOU
1919 Smith
Houston, Texas 77002

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**_Twenty Largest Unsecured Creditors_**

USFR Media Group
Att: Greg Brown
11150 Equity Drive
Houston, Texas 77041

Warner Brothers
Att: Legal Counsel
4000 Warner Blvd., Bldg. 505
Burbank, CA 91505

Edwards Koshiw Melton & Co.
2155 Butterfield Road, Suite 305 A
Tory, MI 48084

ASCAP
21169 Network Place
Chicago, IL 60673-1211

CBS Paramount
P.O. Box 70642
Chicago, IL 60673-0642
KHOU-TV
1945 Allen Parkway

AT&T
P.O. Box 930170
Dallas, Texas 75393-0170
Amgro, Inc.
472 Lincoln Street

Case No.08-36583
Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services Inc. to
Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings          Page 3 of  6

Houston, Texas 77019
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Smithwck & Belendiuk, P.C.
5028 Wisconsin Avenue NW
Suite 301
Washington, DC 20016

Bank of Amer Business Card
P.O. Box 15710
Wilimington, DE 19886-5710

Direct Energy
75 Remittance Drive, Suite 6467
Chicago, IL 60675-6467

Munn Reese, Inc.
100 Airport Drive
Coldwater, MI 49036

Thales Broadcast & Media
104 Feeding Hills Road
Southwick, MA 01077

Edwards Koshiew Melton & Co, P.C.
2155 Butterfield Rd., Suite 305A
Troy, MI 48084-3450

TAB
502 E 11th Street, Suite 200
Austin, Texas 78701

Worchester, MA 01615-0089
Synergy Broadcast Group
P.O. Box 230
Wharton, Texas 77488

Premium Finance Corporation
9490 Almena Drive
Kalamazoo, MI 49009

Broadcast Music, Inc.
P.O. Box 406785
Atlanta, GA 30384-6785

City of Houston - Mech Sec
P.O. Box 61167
Houston, Texas 77208

Reliant Energy HL&P
P.O. Box 650475
Dallas, Texas 75265-0475

Pinnacle Towers, Inc.
P.O. Box 409250
Tampa, FL 33602-4352

Time Warner Telecom
P.O. Box 172567
Denver, CO 80217-2567

*Notices of Appearance and Parties in Interest*

Kay Brock
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Joan Kehlhof
Charles Wist
Wist Holland & Kehlhof
720 North Post Oak Road, Suite 610
Houston, Texas 77024

Beth Alcantar
8700 Waukegan Rd., Suite 100
Morton Grove, IL 60053

Daniel A. DeMarco
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2301

Case No.08-36583
Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services Inc. to
Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings                    Page 4 of 6

Kyle W. Johnson
David Goodman & Madole, PC
5420 LBJ Frwy, Suite 1200
Dallas, Texas 75240

IFC Credit Corp.
8700 Waukegan Rd, Suite 100
Morton Grove, IL 60053

Video Communications
146 Chestnut Street
Springfield, MA 01103

AT&T
P.O. Box 78225
Phoenix, AZ 85062-8225

Broadcast Music, Inc.
10 Music Square East
Nashville, TN 37203-4399

Thompson Broadcast & Multimedia
104 Feeding Hills Road
Southwick, MA 01077

Verizon Wireless
P.O. Box 920041
Dallas, Texas 75392-0041

Fort Worth Regional Office
Internal Revenue Service
Rose L. Romero, Regional Director
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

Mark W. Stout
Padfield & Stout, L.L.P.
777 Main Street, Suite 1920
Fort Worth, Texas 76102

Kyle W. Johnson
David Goodman & Madole
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240

Michael P. Ridulfo
Brown McCarroll, L.L.P.
111 Bagby, 47th Floor
Houston, Texas 77002-2543

TXU Electric
P.O. Box 100001
Dallas, Texas 75354-3301

Broadcast Store
500 W. 37th Street, 2nd Floor
New York, NY 10018

Devin Wickham
P.O. Box 543301
Dallas, Texas 75354-3301

Challenge Office Products
4400 S. Wayside
Houston, Texas 77087

National Assn of Broadcasters
1771 N Street, NW
P.O. Box 1474
Washington, DC 20036

Ellis Heating
536 N. Hwy 67
Cedar Hills, Texas 75104

David Elder
Gardere Wynne Sewell LLP
100 Louisiana, Suite 3400
Houston, Texas 77002-5011

Donald J. DeGabrielle, Jr.
Wanda M. Cohen
United States Attorney
8701 S. Gessner, Suite 710
Houston, Texas 77074

Case No.08-36583
Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services Inc. to
Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings   Page 5 of 6

| | |
|---|---|
| Michael P. Ridulfo<br>Brown McCarroll, L.L.P.<br>1111 Bagby, 47th Floor<br>Houston, Texas 77002 | John O. Noland<br>79 W. Monroe Street<br>Suite 823<br>Chicago, Illinois 60603 |
| Michael T. McGann<br>Attorney at Law<br>2211 Norfolk, Suite 400<br>Houston, Texas 77098 | Barbara M. Rogers<br>Rogers Anderson & Bensey PLLC<br>1415 North Loop West, Suite 1020<br>Houston, Texas 77008 |
| Beth Alcantar on Behalf of<br>Creditor IFC Credit Corp.<br>8700 Waukegan Rd, Ste 100<br>Morton Grove, IL. 60053 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX. 75201 |
| Daniel A. DeMarco on Behalf of<br>Creditor Crown Castle USA,Inc<br>200 Public Sq. Ste. 2800<br>Cleveland, OH. 44114-2301 | Fred Fellmeth on Behalf of<br>Creditor Nucomm, Inc.<br>101 Bilby Road<br>Hackettstown, NJ. 07840 |
| Frank Higney<br>Kalil & Co., Inc.<br>6363 North Swan Rd, Ste 200<br>Tucson, AZ. 85718 | Andrew Unterlack on Behalf of<br>Creditor Canon Financial Srv.<br>121 Johnson Rd.<br>Turnersville, NJ. 08012 |
| Michael T. McGann on Behalf<br>of Creditor Synergy Broadcast<br>2211 Norfolk, Suite 610<br>Houston, TX. 77098 | Warner Bros Div / TimeWarner<br>4000 Warner Blvd.<br>Bldg 156, Rm 5158<br>Burbank, CA. 91522 |
| TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO. 80124 | Marilee A. Madan, Esq.<br>3109 Avalon Pl.<br>Houston, Texas 77019 |

                                                 /s/ *Leslie M. Luttrell*
                                                 Leslie M. Luttrell

Case No.08-36583
Motion of Merrill Lynch Commercial Finance Corp., assignee of Merrill Lynch Business Finance Services Inc. to
Permit Counsel to Appear Telephonically at the April 23 and May 13, 2010 Hearings         Page 6 of 6